**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **JOHN MILLER,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:04-CV-57 (WDO) |
| **JIM WETHERINGTON, et al.,** | : | |
| **Defendants** | : | |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation to grant the Defendants' motion for summary judgment based on the Plaintiff's failure to establish a violation of his constitutional rights.  Having carefully considered the Recommendation, and the objections filed thereto, the Recommendation is ADOPTED and made the order of the Court.  The Defendants' motion for summary judgment is GRANTED and this case is DISMISSED WITH PREJUDICE.

**SO ORDERED this 1st day of September, 2005.**

**S/Wilbur D. Owens, Jr.
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**